UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In Re:

                 Chapter 13

JEFFREY GREENBERG,        Case No.: 13-44533 CEC

      Debtor.         AFFIRMATION OF
                   SERVICE
----------------------------------------------------------X
TO: HON. CARLA E. CRAIG
    UNITED STATES BANKRUPTCY JUDGE

  Robert Nadel, an attorney duly admitted to practice before this court, affirms as follows:

  1. I am an associate of Rosenberg Musso Weiner, counsel to the above referenced Debtor.

  2. On July 26, 2013, I personally deposited the attached Notice of Motion and Motion to Extend the Automatic Stay, with attached exhibits, in a mailbox maintained by the United States Postal Service for delivery by first class mail to the recipients listed in the attached mailing sheet.

Dated: July 26, 2013
    Brooklyn, New York

                 ROSENBERG MUSSO WEINER
                 Counsel to the Debtor


                 /s/ Robert Nadel
                 By: ROBERT NADEL
                 26 Court Street
                 Suite 2211
                 Brooklyn, NY 11242
                 718-855-6840

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0207-1<br>Case 1-13-44533-cec<br>Eastern District of New York<br>Brooklyn<br>Fri Jul 26 16:06:03 EDT 2013 | 271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201 | American Express<br>PO Box 297871<br>Fort Lauderdale , FL 33329-7871 |
| Anthony Germano<br>c/o John Gordon Nicol Esq<br>Seaman & wainwright LLP<br>771 Third Avenu<br>New york, NY 10017 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Professional Account Management<br>633 W wisconsin Avenue<br>Milwaukee, WI 53203-1920 |
| United States Trustee<br>271 Cadman Plaza East<br>Suite 4529<br>Brooklyn, NY 11201-1833 | Bruce Weiner<br>Rosenberg Musso & Weiner LLP<br>26 Court Street<br>Suite 2211<br>Brooklyn, NY 11242-1122 | Gregory Messer<br>Law Offices of Gregory Messer, PLLC<br>26 Court Street<br>Suite 2400<br>Brooklyn, NY 11242-1124 |
| Jeffrey Greenberg<br>9511 Shore Road<br>No. 301<br>Brooklyn, NY 11209-7550 | | |