UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:


JEFFREY GREENBERG,                               Chapter 7
                                                 Case No.: 13-44533

                Debtor.            AFFIDAVIT PURSUANT TO
                                                 LOCAL RULE 1009-1(a)
-------------------------------------------------------X


        JEFFREY GREENBERG, the undersigned debtor herein, affirms as follows:


1.        Debtor filed a chapter 13 Bankruptcy petition on July 24, 2013.

2.        Filed herewith is an amendment to schedule F .

3.        Annexed hereto is a list setting forth the specific additions, or corrections to or deletions from the affected schedules. The nature of the change is indicated for each item listed.

4.        An amended mailing matrix is annexed hereto, listing added creditors only, in the format proscribed by LR 1007-2(b)(i).


Dated:  September 3, 2013
            Brooklyn, New York


                                                /s/    Jeffrey Greenberg
                                               JEFFREY GREENBERG

SCHEDULE F:

1. Law Office of Richard Altman, Seaman & Wainwright and Anthony Germano added to the schedule.