UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

                          Chapter 7

JEFFREY GREENBERG            Case No.: 13-44533 CEC


            Debtor.            AFFIRMATION OF SERVICE
-------------------------------------------------------X
TO:    HON. CARLA E. CRAIG
        UNITED STATES BANKRUPTCY JUDGE

        Robert Nadel, being duly authorized to practice before this Court affirms as follows:

        1.     I am an associate of Rosenberg Musso Weiner, counsel to the above referenced Debtor.

        2.     On September 24, 2013 I forwarded the within amended schedule B with attached 1009 affidavit by first class mail upon the persons listed in the attached mailing list..

Dated: September 24, 2013
       Brooklyn, New York


                          ROSENBERG MUSSO WEINER LLP
                          Attorneys for Debtor

                          /s/    Robert Nadel
                          By: ROBERT NADEL
                          26 Court Street, Suite 2211
                          Brooklyn, NY 11242
                          718-855-6840

MAILING LIST

Law Office of Richard Altman
285 W 4th Street
New York, NY 10014


Seaman & Wainwright
160 E 38 Street
Suite 12B
New York, NY 10016


Anthony Germano
120 York Road
Thorofare NJ  08086